IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WESLEY ALAN SPRING,

    Petitioner,

v.                                              CASE NO. 5:13-cv-1-RV-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 24, 2014 (doc. 25). The petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* review of Plaintiff's objections (doc. 26). I have also considered the possible application of Atkins v. Virginia, 536 U.S. 304 (2002) to petitioner's circumstances, and find it inapplicable.

    Having considered the Report and Recommendation and the objections, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The motion to dismiss (doc. 20), is **GRANTED**, and the motion for evidentiary hearing (doc. 24) is **DENIED.** This case is **DISMISSED** as time-barred. A certificate of appealability is **DENIED.** The Clerk must terminate any pending motions and close the file.

    **DONE AND ORDERED** this 19th day of February 2014.

                                             /s/ *Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**